UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IRIS JIMENEZ,

                           Plaintiff,                   **ORDER**

                                                            **21-CV-10121 (JW)**
                      -against-

728 PROPERTIES ASSOCIATES INC, *et al.*,

                           Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 26, 2022, the Parties filed a letter with the Court stating that mediation had failed. Dkt. No. 37. Accordingly, the stay is lifted and the case will proceed in accordance with the operative Case Scheduling Order, Dkt. No. 30. Per that order, expert discovery is set to close on **October 28, 2022**. Should the Parties wish for an extension of any operative deadlines, they are invited to file a letter motion with the Court to that effect.

In accordance with Judge Willis's Individual Practice Rule II.A, should the Parties with to file any motions for summary judgment they must submit a letter motion for a pre-motion conference. In light of the current discovery deadline, the Court will set a deadline for such letter motions for **November 18, 2022**.

SO ORDERED.

DATED:    New York, New York
                October 31, 2022

                                                              */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge