UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IRIS JIMENEZ,

                              Plaintiff,

            -against-

728 PROPERTIES ASSOCIATES INC, *et al.*,

                              Defendants.
-------------------------------------------------------------------X

**ORDER**

**21-CV-10121 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 18, 2022, Plaintiff filed a letter requested an extension of the expert discovery deadline. Dkt. No. 39. On November 23, 2022, Defendant filed a letter requesting a stay of the case. Dkt. No. 40.

It does not appear from the Parties letters that they have satisfied their obligation to meet-and-confer regarding the requested stay. The Parties are directed to meet-and-confer regarding the particularities of the remedial work Defendants intent to carry out at the property and whether or not that satisfies Plaintiffs concerns. The Parties are to then file a joint letter updating the Court on the results of that conversation, and the Parties' positions on a stay by **December 9, 2022**.

The Court will wait until the results of said meet-and-confer before ruling on the motion for an extension of the expert discovery deadline.

SO ORDERED.

DATED:    New York, New York
                 December 2, 2022

                                                      */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                       United States Magistrate Judge