**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRIS JIMENEZ,

                         Plaintiff,                       **ORDER**

                                                **21-CV-10121 (JW)**
               -against-

728 PROPERTIES ASSOCIATES INC, *et al.*,

                         Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 2, 2023, the Parties filed a letter with the Court stating that mediation had failed. Dkt. No. 52. Accordingly, the stay is lifted. The Parties are directed to file a joint status update letter with the Court by **February 10, 2023**.

The letter should address the following: (1) the current status of fact discovery; (2) the current status of expert discovery, last raised to the Court in Dkt. No. 39; and (3) proposed new deadlines as needed, which may be submitted either in the body of the letter or in the form of an amended case management plan.

        SO ORDERED.

DATED:    New York, New York
                February 3, 2023

                                                            *Jennifer E. Willis*
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge