**GORDON & REES LLP**
By: Jeremi L. Chylinski, Esq.
One Battery Park Plaza, 28th Floor
New York, NY 10004
P: (917) 650-0050
F: (212) 269-5505
jchylinski@grsm.com

*Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IRIS JIMENEZ,

                        Plaintiff,          **SUBSTITUTION OF COUNSEL**

  -against-                              **Case No.:21-CV-10121 (JEW)**

728 PROPERTY ASSOCIATES, INC. and AMG
181 QUICKSERVE LLC,

                        Defendants.
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the law firm of Gordon & Rees LLP is substituted as counsel of record for Defendants, 728 Property Associates, Inc. and AMG 181 Quickserve LLC, in place and instead of the law firm of Goldberg Seballa, LLP in the above-entitled action.

**IT IS FURTHER STIPULATED AND AGREED** that faxed or emailed signatures of this Stipulation shall be deemed originals.

| | |
|---|---|
| **GORDON & REES LLP** | **GOLDBERG SEGALLA, LLP** |
| By: _/signature/_____<br>Jeremi Chylinski, Esq. | By: _____*/s/ Scott R. Green*_____<br>Scott R. Green, Esq.<br>Charles A. Lazo, Esq. |
| One Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>P: (917) 650-0050<br>F: (212) 269-5505<br>Email: jchylinski@grsm.com | 711 3rd Avenue<br>Ste 1900<br>New York, NY 10017<br>P: (646) 292-8728<br>F: (646) 292-8701<br>Email: sgreen@goldbergsegalla.com<br>Email: clazo@goldbergsegalla.com |
| *Incoming Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC* | *Withdrawing Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC* |
| Dated: February 16, 2023 | Dated: February 14, 2023 |

| | |
|---|---|
| **AMG 181 QUICKSERVE LLC** | **728 PROPERTY ASSOCIATES, INC.** |
| By: _____<br>Jimmy Kochisarli<br>Vice President and Cofounder | By: _____<br>Fernando Ocana<br>Site Manager |
| 555 S. Columbus Ave. Suite 201<br>Mt. Vernon, NY 10550 | 728 West 181st Street<br>New York, NY 10033 |
| Dated: February __, 2023 | Dated: February __, 2023 |

SO ORDERED:

_____         February __, 2023
Hon. Jennifer E. Willis

**GORDON & REES LLP**

By: _____
      Jeremi Chylinski, Esq.

One Battery Park Plaza, 28th Floor
New York, NY 10004
P: (917) 650-0050
F: (212) 269-5505
Email: jchylinski@grsm.com

*Incoming Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC*

Dated: February __, 2023

**GOLDBERG SEGALLA, LLP**

By: _____
      Scott R. Green, Esq.
      Charles A. Lazo, Esq.

711 3rd Avenue
Ste. 1900
New York, NY 10017
P: (646) 292-8728
F: (646) 292-8701
Email: sgreen@goldbergsegalla.com
Email: clazo@goldbergsegalla.com

*Withdrawing Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC*

Dated: February __, 2023

**AMG 181 QUICKSERVE LLC**

By: __*/s/ Jimmy Kochisarli*_____
      Jimmy Kochisarli
      Vice President and Cofounder

555 S. Columbus Ave. Suite 201
Mt. Vernon, NY 10550

Dated: February 15, 2023

**728 PROPERTY ASSOCIATES, INC.**

By: _____
      Fernando Ocana
      Site Manager

728 West 181st Street
New York, NY 10033

Dated: February __, 2023

SO ORDERED:

_____    February __, 2023
Hon. Jennifer E. Willis

**GORDON & REES LLP**

By: _____
     Jeremi Chylinski, Esq.

One Battery Park Plaza, 28th Floor
New York, NY 10004
P: (917) 650-0050
F: (212) 269-5505
Email: jchylinski@grsm.com

*Incoming Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC*

Dated: February __, 2023

**GOLDBERG SEGALLA, LLP**

By: _____
     Scott R. Green, Esq.
     Charles A. Lazo, Esq.

711 3rd Avenue
Ste 1900
New York, NY 10017
P: (646) 292-8728
F: (646) 292-8701
Email: sgreen@goldbergsegalla.com
Email: clazo@goldbergsegalla.com

*Withdrawing Attorneys for Defendants 728 Property Associates, Inc. and AMG 181 Quickserve LLC*

Dated: February __, 2023


**AMG 181 QUICKSERVE LLC**

By: _____
     Jimmy Kochisarli
     Vice President and Cofounder

555 S. Columbus Ave. Suite 201
Mt. Vernon, NY 10550

Dated: February __, 2023

**728 PROPERTY ASSOCIATES, INC.**

By: _____
     Fernando Ocana
     Site Manager

728 West 181st Street
New York, NY 10033

Dated: February 16, 2023


SO ORDERED:

*/s/ Jennifer E. Willis*
Hon. Jennifer E. Willis

February 22, 2023