**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IRIS JIMENEZ,

                      Plaintiff,                      **ORDER**

          -against-                             **21-cv-10121 (JW)**

728 PROPERTIES ASSOCIATES INC, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties submitted a joint pre-trial order at Dkt. No. 70. The Parties estimate 3-4 days of trial. Id. at 9. Trial in this matter is scheduled for **January 23-26, 2024**. The Parties have not identified any anticipated motions in limine. Dkt. No. 70 at 10. Any motions in limine are due by **December 8, 2023**. Any opposition is due by **December 15, 2023**. The Court will hold a pre-trial conference in this matter on **December 20, 2023 at 11:00am**. **Please dial +1 646-453-4442, conference ID: 164164113#.**

      SO ORDERED.

DATED:    New York, New York
                October 11, 2023

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge