UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IRIS JIMENEZ,

                           Plaintiff,                    **ORDER**

          -against-                     **21-cv-10121 (JW)**

728 PROPERTIES ASSOCIATES INC, *et al.*,

                           Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in a conference on December 20, 2023. For the reasons stated more fully on the record, the Court GRANTED the request to reopen discovery for the limited purpose of exchanging documents regarding Defendants' financial information underpinning Defendants' affirmative defense. The Parties are directed meet and confer regarding the necessary discovery and raise any disputes with the Court by **January 5, 2024**. This Court fully expects that trial will proceed as scheduled on January 23, 2024.

      SO ORDERED.

DATED:    New York, New York
               December 20, 2023

                                                      */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge