**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRIS JIMENEZ,

                      Plaintiff,                      **ORDER**

       -against-                        **21-CV-10121 (JW)**

728 PROPERTY ASSOCIATES, INC., et al.

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's request to re-open this action. Dkt. No. 87. Defendants opposed the request and asked for a one-week extension to complete settlement. Dkt. No. 88. The Parties are ordered to file a joint status update by **5:00pm on May 30, 2024**, informing the Court on whether settlement has been reached or if the Parties still seek to re-open the action.

      SO ORDERED.

DATED:    New York, New York
               May 28, 2024

                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge