**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IRIS JIMENEZ,

                          Plaintiff,                         **ORDER**

           -against-                           **21-CV-10121 (JW)**

728 PROPERTY ASSOCIATES, INC., *et al.*,

                          Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties are ordered to file a joint status update by **5:00pm on January 15, 2025**, informing the Court on whether the stipulation of remediation has solved the outstanding issues in this case and the Parties have settled or if the Parties still seek to re-open the action.

      SO ORDERED.

DATED:    New York, New York
            January 10, 2025

                                      *Jennifer E. Willis*
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge