**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IRIS JIMENEZ,

                Plaintiff,              **ORDER**

      -against-               **21-CV-10121 (JW)**

728 PROPERTY ASSOCIATES, INC., *et al.*,

                Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On January 10, 2025, this Court issued an order requiring the Parties to file a joint status update by January 15, 2025 informing the Court of whether all issues in this case have been resolved. Dkt. No. 96. As of today, the Parties have failed to comply with the January 10th order. The Parties are ordered to file the requested joint status update **by January 31, 2025.** If the Court does not receive the joint status update, it will assume all issues have been resolved and deny the pending request to re-open this matter.

      SO ORDERED.

DATED:    New York, New York
                January 27, 2025

                                                          JENNIFER E. WILLIS
                                                           United States Magistrate Judge